UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| Wanda Sobczak,<br>       Plaintiff, | Case No. 1:19-cv-06170 |
|    vs. | Judge Robert M. Dow, Jr. |
| Capital One Bank (USA), N.A.,<br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC, and<br>Trans Union, LLC<br>       Defendants. | |

---

### NOTICE OF SETTLEMENT BETWEEN
### PLAINTIFF AND CAPITAL ONE BANK (USA) N.A., ONLY

---

Plaintiff, Wanda Sobczak, by counsel, and Defendant Capital One Bank (USA), N.A., by counsel, hereby inform this Court that Plaintiff and Capital One Bank (USA), N.A. have reached a settlement as to all matters raised by Plaintiff against Capital One Bank (USA), N.A. only in this action. Plaintiff and Capital One Bank (USA), N.A. will file a Stipulation Of Dismissal With Prejudice within 45 days upon consummation of the settlement.

                                                          Respectfully submitted,

Date: <u>November 4, 2019</u>                       *s/ Alexander J. Mikulaschek*
                                                          Alexander J. Mikulaschek, Esq.
                                                          Law Offices of Robert S.
                                                          Gitmeid & Assoc., PLLC
                                                          11 Broadway, Suite 960
                                                          New York, NY 10004
                                                          Tel: (773) 869-5400
                                                          Fax: (773) 584-0907
                                                          E-Mail: Alexander.M@gitmeidlaw.com

                                                          *Counsel for Plaintiff*